```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

     IN RE:                                    CASE NO. 04 B 05291
         ROZELLA J HORTON
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

             Debtor
         SSN XXX-XX-8224
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 02/12/04 and confirmed on 04/15/04.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 13500.00 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MTGE | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MTGE | MORTGAGE ARRE | 10751.30 | .00 | 10751.30 |
| OPTION ONE MORTGAGE CO | COST OF COLLE | 150.00 | .00 | 150.00 |

   Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10751.30 | 150.00 | .00 | .00 | 10901.30 |
| PRINCIPAL PAID | 10751.30 | 150.00 | .00 | .00 | 10901.30 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 10751.30 | 150.00 | .00 | .00 | 10901.30 |

The Debtor's attorney, GARY L SHILTS                    , was allowed $   2200.00
and was paid $    500.00  direct and $   1700.00  through the plan.

The Trustee received $    543.84 .

Refunds to the Debtor totaled $    354.86 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/09/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 04 B 05291 ROZELLA J HORTON
```